

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2015

No. 04-15-00638-CV

**IN THE INTEREST OF A.M.M., A CHILD**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00193
Honorable Dick Alcala, Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to December 7, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court